# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 21, 2023

Mr. John Kerkhoff
  and Mr. Caleb Kruckenberg
PACIFIC LEGAL FOUNDATION
Suite 1000
3100 Clarendon Boulevard
Arlington, VA  22201

Mr. Brett David Watson
BRETT D. WATSON, ATTORNEY AT LAW
P.O. Box 707
Searcy, AR  72145-0707

RE:  23-2687  Bill Walmsley, et al v. FTC, et al

Dear Counsel:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

CAH

Enclosure(s)

cc:    Ms.  Clerk, U.S. District Court, Eastern District of Arkansas
      Mr. Stephen Ehrlich
      Mr. Grant E. Fortson
      Mr. B. Graham Higdon
      Mr. Joshua A. Newton
      Mr. Lide E. Paterno
      Mr. John C. Roach
      Mr. Pratik A. Shah
      Mr. Alexander V. Sverdlov

    District Court/Agency Case Number(s):   3:23-cv-00081-JM

**Caption For Case Number: 23-2687**

Bill H. Walmsley; Jon Moss; Iowa Horsemen's Benevolent and Protective Association

    Plaintiffs - Appellants

v.

Federal Trade Commission; Lina M. Khan, Chair, Federal Trade Commission; Rebecca Kelly Slaughter, Commissioner, Federal Trade Commission; Christine S. Wilson, Commissioner, Federal Trade Commission; Alvaro Bedoya, Commissioner, Federal Trade Commission; Horseracing Integrity and Safety Authority; Charles Scheeler; Steve Beshear; Adolpho Birch; Leonard Coleman; Joseph De Francis; Ellen McClain; Susan Stover; Bill Thomason; D.G. Van Clief

    Defendants - Appellees

**Addresses For Case Participants:   23-2687**

Mr. John Kerkhoff
PACIFIC LEGAL FOUNDATION
Suite 1000
3100 Clarendon Boulevard
Arlington, VA  22201

Mr. Caleb Kruckenberg
PACIFIC LEGAL FOUNDATION
Suite 1000
3100 Clarendon Boulevard
Arlington, VA  22201

Mr. Brett David Watson
BRETT D. WATSON, ATTORNEY AT LAW
P.O. Box 707
Searcy, AR  72145-0707

Ms.  Clerk, U.S. District Court, Eastern District of Arkansas
U.S. DISTRICT COURT
Eastern District of Arkansas
615 S. Main
Jonesboro, AR  72401-0000

Mr. Stephen Ehrlich
U.S. DEPARTMENT OF JUSTICE
Federal Programs
1100 L Street N.W.
Washington, DC  20005

Mr. Grant E. Fortson
LAX & VAUGHAN
Suite 201
11300 Cantrell Road
Little Rock, AR  72212-0000

Mr. B. Graham Higdon
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

Mr. Joshua A. Newton
U.S. ATTORNEY'S OFFICE
Eastern District of Arkansas
425 W. Capitol Avenue
P.O. BOX 1229
Little Rock, AR  72203

Mr. Lide E. Paterno
AKIN & GUMP
2001 K Street N.W.
Washington, DC  20006

Mr. John C. Roach
RANSDELL & ROACH
Building One
176 Pasadena Drive
Lexington, KY  04503

Mr. Pratik A. Shah
AKIN & GUMP
2001 K Street N.W.
Washington, DC  20006

Mr. Alexander V. Sverdlov
U.S. DEPARTMENT OF JUSTICE
Civil Divison
Suite 12302
1100 L Street, N.W.
Washington, DC  20005